# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT CASSIAN ANDERSON and RODNEY ANDERSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>AT&T CORP. and C. MICHAEL ARMSTRONG,<br><br>    Defendants. | No. 07 Civ. 5913 (MGC)<br><br>Judge Miriam Goldman Cedarbaum.<br><br>DEFENDANT AT&T CORP.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT |

  Pursuant to Federal Rule of Civil Procedure 7.1, defendant AT&T Corp. ("AT&T") respectfully submits this corporate disclosure statement:

  AT&T is a wholly owned subsidiary of AT&T Inc., a publicly held corporation.

DATED: September 10, 2007        SIDLEY AUSTIN LLP

                     By: /s/ Nicholas K. Lagemann
                        Nicholas K. Lagemann (NL-6488)
                        SIDLEY AUSTIN LLP
                        787 Seventh Avenue
                        New York, New York 10019
                        (212) 839-5300

                        David F. Graham
                        Rachel B. Niewoehner
                        SIDLEY AUSTIN LLP
                        10 South Dearborn Street
                        Chicago, IL 60603
                        (312) 853-7000

                        Attorneys for Defendants AT&T Corp. and C. Michael Armstrong