KIRBY McINERNEY, LLP
Ira M. Press
830 Third Avenue, 10th Floor
New York, NY 10022
Telephone: 212-371-6600
Facsimile: 212-699-1194

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT CASSIAN ANDERSON and RODNEY ANDERSON,<br><br>Plaintiffs,<br><br>- against -<br><br>AT&T CORP., MICHAEL ARMSTRONG and CHARLES H. NOSKI,<br><br>Defendants. | No. 07 Civ. 5913(MGC) |

**NOTICE OF CHANGE OF LAW FIRM NAME**

TO:    The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT the law firm Kirby McInerney & Squire, LLP has changed its name to Kirby McInerney LLP. The office address, telephone and facsimile numbers, and e-mail addresses remain the same.

Dated: September 24, 2007

Respectfully submitted,

KIRBY McINERNEY, LLP

By: _____
       Ira M. Press (IP 5313)
       830 Third Avenue, 10th Floor
       New York, NY 10022
       Tel:  (212) 371 - 6600
       Fax:  (212) 699 - 1194