Nicholas K. Lagemann (NL-6488)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

David F. Graham (*pro hac vice* pending)
SIDLEY AUSTIN LLP
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Attorneys for Defendants AT&T Corp. and C. Michael Armstrong

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT CASSIAN ANDERSON and RODNEY ANDERSON, <br><br> Plaintiffs, <br><br> v. <br><br> AT&T CORP. and C. MICHAEL ARMSTRONG, <br><br> Defendants. | No. 07 Civ. 5913 (MGC) <br><br> Judge Miriam Goldman Cedarbaum. <br><br> **MOTION TO ADMIT COUNSEL PRO HAC VICE** |

**PURSUANT TO RULE 1.3(c)** of the Local Rules of the United States District

Courts for the Southern and Eastern Districts of New York, I, Nicholas K. Lagemann, a member

in good standing of the bar of this Court, hereby move for an Order allowing the admission pro

hac vice of:

| | |
|---|---|
| Applicant's Name: | David F. Graham |
| Firm Name: | Sidley Austin LLP |
| Address: | One South Dearborn Street |
| City/State/Zip: | Chicago, Illinois 60603 |
| Phone Number: | (312) 853-7000 |
| Fax Number: | (312) 853-7036 |
| Email: | dgraham@sidley.com |

Mr. Graham is a member in good standing of the Bar of the State of Illinois. There are no

pending disciplinary proceedings against Mr. Graham in any State or Federal court.

Respectfully submitted,

Dated: November 5, 2007          SIDLEY AUSTIN LLP
       New York, New York

By: _____
    Nicholas K. Lagemann
    787 Seventh Avenue
    New York, New York  10019
    Telephone:  (212) 839-5300
    Facsimile:  (212) 839-5599

2

Nicholas K. Lagemann (NL-6488)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

David F. Graham (*pro hac vice* pending)
SIDLEY AUSTIN LLP
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Attorneys for Defendants AT&T Corp. and C. Michael Armstrong

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT CASSIAN ANDERSON and RODNEY ANDERSON,<br><br>         Plaintiffs,<br><br>         v.<br><br>AT&T CORP. and C. MICHAEL ARMSTRONG,<br><br>         Defendants. | No. 07 Civ. 5913 (MGC)<br><br>Judge Miriam Goldman Cedarbaum.<br><br>**AFFIDAVIT OF NICHOLAS K. LAGEMANN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

STATE OF NEW YORK    )
                        ) ss.
COUNTY OF NEW YORK  )

      Nicholas K. Lagemann, being duly sworn, hereby deposes and says:

      1.      I am associated with the firm of Sidley Austin LLP, counsel for Defendants

AT&T Corp. and C. Michael Armstrong ("Defendants") in the above captioned action. I am

familiar with the proceedings in this case. I make this statement based on my personal

knowledge of the facts set forth herein and in support of Defendants' motion to admit David F.

Graham as counsel *pro hac vice* to represent Plaintiff in this matter.

2.      I am a member in good standing of the Bar of the State of New York, and was

admitted to practice law in 2003.  I am also admitted to the bar of the United States District

Court for the Southern District of New York, and am in good standing with this Court.

3.      I have known David F. Graham since 2006.

4.      Mr. Graham is a member of Sidley Austin LLP in Chicago, Illinois.

5.      I have found Mr. Graham to be a skilled attorney and a person of integrity.  He is

experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.      Accordingly, I am pleased to move the admission of David F. Graham, *pro hac*

*vice*.

7.      Attached hereto is as Exhibit A is a certificate of Mr. Graham's good standing

from the Bar of the State of Illinois.

8.      I respectfully submit a proposed order granting the admission of David F.

Graham, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit David F. Graham,

*pro hac vice*, to represent Defendants in the above captioned matter, be granted.

Nicholas K. Lagémann
NL 6488

Subscribed and sworn to before me
this 5ᵗʰ day of November, 2007

Notary Public

MATTHEW S. FERGUSON
Notary Public, State of New York
No. 02FE6123113
Qualified in New York County
Exp. 2/28/09

2



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600   (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838   (800) 252-8048
Fax (217) 522-2417

David F. Graham
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Chicago
Wednesday, October 24, 2007

In re: David F. Graham
Admitted: 11/3/1978
Attorney No. 3122644

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Thomas W. Peters
Registrar

TWP:jpo

Nicholas K. Lagemann (NL-6488)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

David F. Graham (*pro hac vice* pending)
SIDLEY AUSTIN LLP
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Attorneys for Defendants AT&T Corp. and C. Michael Armstrong

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT CASSIAN ANDERSON and RODNEY ANDERSON, <br><br> Plaintiffs, <br><br> v. <br><br> AT&T CORP. and C. MICHAEL ARMSTRONG, <br><br> Defendants. | No. 07 Civ. 5913 (MGC) <br><br> Judge Miriam Goldman Cedarbaum. <br><br> **ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |

Upon the motion of Nicholas K. Lagemann, attorney for Defendants AT&T Corp. and C.

Michael Armstrong and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:   David F. Graham
Firm Name:          Sidley Austin LLP
Address:            One South Dearborn Street
City/State/Zip:     Chicago, Illinois 60603
Phone Number:       (312) 853-7000
Fax Number:         (312) 853-7036
Email:              dgraham@sidley.com

is admitted to practice *pro hac vice* as counsel for Defendants AT&T Corp. and C. Michael

Armstrong in the above captioned case in the United States District Court for the Southern

District of New York.  All attorneys appearing before this Court are subject to the Local Rules of

this Court, including Rules governing the discipline of attorneys.  If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
New York, New York


_____
United States District Judge

STATE OF NEW YORK              )
                               )    s.s.:
COUNTY OF NEW YORK             )

### AFFIDAVIT OF SERVICE

I, George L. Conover, being over the age of eighteen (18) years, and not a party to

this action, and being first duly sworn, state on oath that on November 5, 2007, I served the

NOTICE OF MOTION FOR ADMISSION PRO HAC VICE herein by  CAIUSING A TRUE

COPY TO BE DELIVERED BY HAND TO:

    Ira M. Press, Esq.
    Kirby McInerney & Squire  LLP
    830 Third Avenue
    New York, New York   10022

                                                    _____
                                                    George L. Conover


Subscribed and sworn to me this
5th day of November, 2007

                Notary Public

RICARDO MURRAY
Notary Public, State of New York
No. 01MU4995024
Qualified in Kings County
Certificate Filed in New York County
Commission Expires April 13, 20__