Nicholas K. Lagemann (NL-6488)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

David F. Graham (*pro hac vice* pending)
SIDLEY AUSTIN LLP
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Matthew J. Warren (*pro hac vice* pending)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Attorneys for Defendants AT&T Corp. and C. Michael Armstrong

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT CASSIAN ANDERSON and RODNEY ANDERSON,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T CORP. and C. MICHAEL ARMSTRONG,<br><br>Defendants. | No. 07 Civ. 5913 (MGC)<br><br>Judge Miriam Goldman Cedarbaum.<br><br>**MOTION TO ADMIT COUNSEL PRO HAC VICE** |

**PURSUANT TO RULE 1.3(c)** of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Nicholas K. Lagemann, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Applicant's Name:   Matthew J. Warren
    Firm Name:   Sidley Austin LLP
    Address:   1501 K Street, N.W.
    City/State/Zip:   Washington, D.C. 20005
    Phone Number:   (202) 736-8000

Fax Number: (202) 736-8711
Email: mjwarren@sidley.com

Mr. Warren is a member in good standing of the Bars of the State of Virginia and the District of Columbia. There are no pending disciplinary proceedings against Mr. Warren in any State or Federal court.

Respectfully submitted,

Dated: December 5, 2007
New York, New York

SIDLEY AUSTIN LLP

By: _____
Nicholas K. Lagemann
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

STATE OF NEW YORK        )
                         )   s.s.:
COUNTY OF NEW YORK       )

## AFFIDAVIT OF SERVICE

I, George L. Conover, being over the age of eighteen (18) years, and not a party to this action, and being first duly sworn, state on oath that on December 5, 2007, I served the Motion to Admit Counsel pro Hac Vice annexed hereto by causing a true copy thereof to be delivered by hand to the offices of:

Ira M. Press, Esq.
Kirby McInerney LLP
830 Third Avenue
New York, NY  10022

_____
George L. Conover

Subscribed and sworn to me this
5th day of December, 2007

_____
Notary Public

ROBERT SINGH
Notary Public, State of New York
No. 01SI5066550
Qualified in Kings County
Certificate Filed in New York County
Commission Expires September 30, 20__

Nicholas K. Lagemann (NL-6488)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

David F. Graham (*pro hac vice* pending)
SIDLEY AUSTIN LLP
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Matthew J. Warren (*pro hac vice* pending)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Attorneys for Defendants AT&T Corp. and C. Michael Armstrong

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT CASSIAN ANDERSON and RODNEY ANDERSON,<br><br>        Plaintiffs,<br><br>v.<br><br>AT&T CORP. and C. MICHAEL ARMSTRONG,<br><br>        Defendants. | No. 07 Civ. 5913 (MGC)<br><br>Judge Miriam Goldman Cedarbaum.<br><br>**AFFIDAVIT OF NICHOLAS K. LAGEMANN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

STATE OF NEW YORK    )
                                ) ss.
COUNTY OF NEW YORK  )

    Nicholas K. Lagemann, being duly sworn, hereby deposes and says:

    1.    I am associated with the firm of Sidley Austin LLP, counsel for Defendants AT&T Corp. and C. Michael Armstrong ("Defendants") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal

knowledge of the facts set forth herein and in support of Defendants' motion to admit Matthew J. Warren as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in 2003. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Matthew J. Warren since 2005.

4. Mr. Warren is associated with the firm of Sidley Austin LLP in Washington, D.C..

5. I have found Mr. Warren to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Matthew J. Warren, *pro hac vice*.

7. Attached hereto is as Exhibit A are certificates of Mr. Warren's good standing from the Bars of the State of Virginia and the District of Columbia.

8. I respectfully submit a proposed order granting the admission of Matthew J. Warren, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Matthew J. Warren, *pro hac vice*, to represent Defendants in the above captioned matter, be granted.

									_____
									Nicholas K. Lagemann
									NL 6488

Subscribed and sworn to before me
this 5 day of December, 2007

_____
Notary Public

LORRAINE LOTIERZO
Notary Public, State of New York
No. 01LO5054873
Qualified in Richmond County
Commission Expires January 29, 20 10

# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

MATTHEW JUSTIN WARREN

was admitted to practice as an attorney and counsellor at the bar of this Court on October 28, 2002.

I further certify that so far as the records of this office are concerned, MATTHEW JUSTIN WARREN is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 9th day of November A.D. 2007

By: _____
   *Deputy Clerk*



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

MATTHEW JUSTIN WARREN

was on the 29TH day of NOVEMBER, 2004 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 26, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
           Deputy Clerk

Nicholas K. Lagemann (NL-6488)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

David F. Graham (*pro hac vice* pending)
SIDLEY AUSTIN LLP
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Matthew J. Warren (*pro hac vice* pending)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Attorneys for Defendants AT&T Corp. and C. Michael Armstrong

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT CASSIAN ANDERSON and RODNEY ANDERSON,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T CORP. and C. MICHAEL ARMSTRONG,<br><br>Defendants. | No. 07 Civ. 5913 (MGC)<br><br>Judge Miriam Goldman Cedarbaum.<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |

Upon the motion of Nicholas K. Lagemann, attorney for Defendants AT&T Corp. and C. Michael Armstrong and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Matthew J. Warren |
| Firm Name: | Sidley Austin LLP |
| Address: | 1501 K Street, N.W. |
| City/State/Zip: | Washington, D.C. 20005 |
| Phone Number: | (202) 736-8000 |
| Fax Number: | (202) 736-8711 |
| Email: | mjwarren@sidley.com |

is admitted to practice *pro hac vice* as counsel for Defendants AT&T Corp. and C. Michael Armstrong in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing the discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
New York, New York

_____
United States District Judge