Nicholas K. Lagemann
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

David F. Graham (admitted *pro hac vice*)
Rachel B. Niewoehner (*pro hac vice* pending)
SIDLEY AUSTIN LLP
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Matthew J. Warren (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Attorneys for Defendants AT&T Corp. and C. Michael Armstrong

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT CASSIAN ANDERSON and RODNEY ANDERSON,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T CORP. and C. MICHAEL ARMSTRONG,<br><br>Defendants. | No. 07 Civ. 5913 (MGC)<br><br>Judge Miriam Goldman Cedarbaum.<br><br>**MOTION TO ADMIT COUNSEL**<br>**PRO HAC VICE** |

**PURSUANT TO RULE 1.3(c)** of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Nicholas K. Lagemann, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Applicant's Name:    Rachel B. Niewoehner
    Firm Name:    Sidley Austin LLP
    Address:    One South Dearborn Street
    City/State/Zip:    Chicago, Illinois 60603

|  |  |
|---|---|
| Phone Number: | (312) 853-7000 |
| Fax Number: | (312) 853-7036 |
| Email: | rniewoehner@sidley.com |

Ms. Niewoehner is a member in good standing of the Bar of the State of Illinois. There are no pending disciplinary proceedings against Ms. Niewoehner in any State or Federal court.

                            Respectfully submitted,

Dated: January 2, 2008  
        New York, New York

SIDLEY AUSTIN LLP

By: _____  
Nicholas K. Lagemann  
787 Seventh Avenue  
New York, New York 10019  
Telephone: (212) 839-5300  
Facsimile: (212) 839-5599

STATE OF NEW YORK    )
                     )  s.s.:
COUNTY OF NEW YORK   )

## AFFIDAVIT OF SERVICE

I, George L. Conover, being over the age of eighteen (18) years, and not a party to this action, and being first duly sworn, state on oath that on January 3, 2008, I served the Motion to Admit Counsel Pro hac Vice and Affidavit of Nicholas K. Lagemann attached hearto by causing a true copy of each to be delivered by hand in the State of New York upon:

> Ira M. Press, Esq.
> Kirby McInerney LLP
> 830 Third Avenue
> New York, New York 10022

_____
George L. Conover

Subscribed and sworn to me this
3rd day of January, 2008

_____
Notary Public

ROBERT SINGH
Notary Public, State of New York
No. 01SI5066550
Qualified in Kings County
Certificate Filed in New York County
Commission Expires September 30, 20/12

Nicholas K. Lagemann
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

David F. Graham (admitted *pro hac vice*)
Rachel B. Niewoehner (*pro hac vice* pending)
SIDLEY AUSTIN LLP
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Matthew J. Warren (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Attorneys for Defendants AT&T Corp. and C. Michael Armstrong

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT CASSIAN ANDERSON and RODNEY ANDERSON,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T CORP. and C. MICHAEL ARMSTRONG,<br><br>Defendants. | No. 07 Civ. 5913 (MGC)<br><br>Judge Miriam Goldman Cedarbaum.<br><br>**AFFIDAVIT OF NICHOLAS K. LAGEMANN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

STATE OF NEW YORK   )
                                              ) ss.
COUNTY OF NEW YORK  )

Nicholas K. Lagemann, being duly sworn, hereby deposes and says:

1. I am associated with the firm of Sidley Austin LLP, counsel for Defendants AT&T Corp. and C. Michael Armstrong in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set

forth herein and in support of Defendants' motion to admit Rachel B. Niewoehner as counsel *pro hac vice* to represent Defendants in this matter.

2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in 2003. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Rachel B. Niewoehner since 2005.

4. Ms. Niewoehner is a member of Sidley Austin LLP in Chicago, Illinois.

5. I have found Ms. Niewoehner to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Rachel B. Niewoehner, *pro hac vice*.

7. Attached hereto is as Exhibit A is a certificate of Ms. Niewoehner's good standing from the Bar of the State of Illinois.

8. I respectfully submit a proposed order granting the admission of Rachel B. Niewoehner, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Rachel B. Niewoehner, *pro hac vice*, to represent Defendants AT&T Corp. and C. Michael Armstrong in the above captioned matter, be granted.

_____
Nicholas K. Lagemann

Subscribed and sworn to before me
this 3rd day of January, 2008

_____
*Notary Public*

MATTHEW S. FERGUSON
Notary Public, State of New York
No. 02FE6123113
Qualified in New York County
Expires 2/28/09

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Rachel Blum Niewoehner

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 6, 1997 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Friday, December 21, 2007.

*Juleann Hornyak*
Clerk

Nicholas K. Lagemann
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

David F. Graham (admitted *pro hac vice*)
Rachel B. Niewoehner (*pro hac vice* pending)
SIDLEY AUSTIN LLP
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Matthew J. Warren (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Attorneys for Defendants AT&T Corp. and C. Michael Armstrong

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT CASSIAN ANDERSON and RODNEY ANDERSON,<br><br>               Plaintiffs,<br><br>               v.<br><br>AT&T CORP. and C. MICHAEL ARMSTRONG,<br><br>               Defendants. | No. 07 Civ. 5913 (MGC)<br><br>Judge Miriam Goldman Cedarbaum.<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |

Upon the motion of Nicholas K. Lagemann, attorney for Defendants AT&T Corp. and C. Michael Armstrong and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name: Rachel B. Niewoehner
Firm Name: Sidley Austin LLP
Address: One South Dearborn Street
City/State/Zip: Chicago, Illinois 60603
Phone Number: (312) 853-7000

    Fax Number:    (312) 853-7036
    Email:    rniewoehner@sidley.com

is admitted to practice *pro hac vice* as counsel for Defendants AT&T Corp. and C. Michael Armstrong in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing the discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
New York, New York

                                                    _____
                                                    United States District Judge

STATE OF NEW YORK            )
                             )   s.s.:
COUNTY OF NEW YORK           )

## AFFIDAVIT OF SERVICE

I, George L. Conover, being over the age of eighteen (18) years, and not a party to this action, and being first duly sworn, state on oath that on January 3, 2008, I served the Motion to Admit Counsel Pro hac Vice and Affidavit of Nicholas K. Lagemann attached hearto by causing a true copy of each to be delivered by hand in the State of New York upon:

>   Ira M. Press, Esq.
>   Kirby McInerney LLP
>   830 Third Avenue
>   New York, New York  10022

_____
George L. Conover

Subscribed and sworn to me this
3rd day of January, 2008

_____
Notary Public

ROBERT SINGH
Notary Public, State of New York
No. 01SI5066550
Qualified in Kings County
Certificate Filed in New York County
Commission Expires September 30, 20__