USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/15/08

Nicholas K. Lagemann
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

David F. Graham (admitted *pro hac vice*)
Rachel B. Niewoehner (*pro hac vice* pending)
SIDLEY AUSTIN LLP
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Matthew J. Warren (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Attorneys for Defendants AT&T Corp. and C. Michael Armstrong

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT CASSIAN ANDERSON and RODNEY ANDERSON,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T CORP. and C. MICHAEL ARMSTRONG,<br><br>Defendants. | No. 07 Civ. 5913 (MGC)<br><br>Judge Miriam Goldman Cedarbaum.<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |

Upon the motion of Nicholas K. Lagemann, attorney for Defendants AT&T Corp. and C. Michael Armstrong and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:   Rachel B. Niewoehner
Firm Name:          Sidley Austin LLP
Address:            One South Dearborn Street
City/State/Zip:     Chicago, Illinois 60603
Phone Number:       (312) 853-7000

    Fax Number:        (312) 853-7036
    Email:              miewoehner@sidley.com

is admitted to practice *pro hac vice* as counsel for Defendants AT&T Corp. and C. Michael Armstrong in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing the discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
New York, New York
January 14, 2008

_____
United States District Judge