KIRBY McINERNEY, LLP
Ira M. Press
825 Third Avenue, 16th Floor
New York, NY 10022
Telephone: 212-371-6600
Facsimile: 212-751-2540

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT CASSIAN ANDERSON and RODNEY ANDERSON,<br><br>Plaintiffs,<br><br>- against -<br><br>AT&T CORP., MICHAEL ARMSTRONG and CHARLES H. NOSKI,<br><br>Defendants. | No. 07 Civ. 5913(MGC) |

NOTICE OF CHANGE OF LAW FIRM ADDRESS

TO:   The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT the law firm Kirby McInerney LLP has changed its address from **830 Third Avenue, 10th Floor**, to **825 Third Avenue, 16th Floor, New York NY 10022**. In addition, the firm's domain name has changed from "**kmslaw.com**" to" **kmllp.com**" while the telephone and facsimile numbers remain the same.

Dated:  July 15, 2008

Respectfully submitted,

KIRBY McINERNEY, LLP

By: _____/s/ Ira M. Press_____
    Ira M. Press
    825 Third Avenue, 16th Floor
    New York, NY 10022
    Tel:  (212) 371 - 6600
    Fax:  (212) 751 - 2540